# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 10-01516 VAP(OPx)                           Date:  February 10, 2011

Title:   RICHARD WELSH -v- ALLSTATE FINANCIAL SERVICES
==============================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:   MINUTE ORDER ORDERING PLAINTIFF TO SHOW CAUSE WHY HIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE (IN CHAMBERS)

   On October 4, 2010, Plaintiff Richard Welsh ("Plaintiff") filed a complaint ("Complaint") against Defendant Allstate Financial Services ("Defendant").  Plaintiff has not filed any proof of service of the summons and Complaint on Defendant.  Under Federal Rule of Civil Procedure 4(m), defendants must be served within 120 days after the complaint is filed.  Thus, Defendant should have been served by February 1, 2011.

   Accordingly, the Court ORDERS Plaintiff to show cause, in writing, why the case should not be dismissed for failure to prosecute.  Plaintiff may respond to this order by filing a procedurally-proper proof of service for Defendant no later than February 20, 2011.  Failure to respond to this order will result in dismissal of Plaintiff's action.

   **IT IS SO ORDERED.**

MINUTES FORM 11                                              Initials of Deputy Clerk ___md___
CIVIL -- GEN                                   Page 1

EDCV 10-01516 VAP(OPx)
RICHARD WELSH v. ALLSTATE FINANCIAL SERVICES
MINUTE ORDER of February 10, 2011